# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TYRONE SWIFT, ADC #116284                                                                PLAINTIFF

v.                                          No. 2:16CV00071-JLH-JTK

HARRIS, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 28) is GRANTED, and Plaintiff's Complaint against them is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 2nd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE