**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE SWIFT, ADC #116284                                                                   PLAINTIFF

v.                                        No. 2:16CV00071-JLH-JTK

HARRIS, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE